**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| US BANK, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:13-CV-4169-M-BH |
| ) | |
| **CHARLIE E. BUTLER** ) | |
| *and all occupants*, ) | |
| ) | |
| Defendants. ) | Referred to U.S. Magistrate Judge |

**ORDER**

Pursuant to Special Order 3-251, this *pro se* case has been automatically referred for pretrial management. On November 18, 2012, it was recommended that the claims of Jacquelyn Butler be remanded to County Court at Law No. 1 because she had failed to pay the filing fee despite twice being ordered to do so. (*See* doc. 10.) Ms. Butler paid the filing fee on November 21, 2013. Because she has now paid the fee, the November 18, 2013 findings, conclusions, and recommendation for remand (doc. 10) are hereby **VACATED**. Her amended *Application to Proceed In District Court Without Prepaying Fees or Costs*, filed October 29, 2013 (doc. 8), **DEEMED MOOT**.

**SO ORDERED** on this 25th day of November, 2013.

*[signature]*
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE